**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| VANESSA JOHNSON-SHAVERS, | : | |
| | : | |
| Plaintiff, | : | **ORDER** |
| | : | |
| v. | : | Civ. No. 04-666 (WHW) |
| | : | |
| MVM, INC., | : | |
| | : | |
| Defendant. | : | |

**Walls, Senior District Judge**

This matter is before the Court on Defendant MVM, Inc.'s motion to dismiss the case for failure to prosecute pursuant to Fed.R.Civ.P. 41(b); and the Court having reviewed the March 16, 2006 Report & Recommendation of Magistrate Judge Susan D. Wigenton; and for the reasons provided in the accompanying opinion,

It is on this 7th day of April, 2006:

ORDERED that Plaintiff's complaint is dismissed with prejudice.

___s/ William H. Walls___

**William H. Walls, U.S.D.J.**
