NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| VANESSA JOHNSON-SHAVERS, | : | |
| | : | |
| Plaintiff, | : | **ORDER** |
| | : | |
| v. | : | Civ. No. 04-666 (WHW) |
| | : | |
| MVM, INC., | : | |
| | : | |
| Defendant. | : | |

**Walls, Senior District Judge**

    Defendant MVM, Inc. (MVM), by counsel, Bryan M. Churgin, Esq., moves to dismiss this case for failure to prosecute pursuant to Federal Rules of Civil Procedure 41(b); the Court having reviewed MVM's papers submitted in support of the motion and noting no opposition has been filed by Plaintiff Vanessa Johnson-Shavers; for reasons expressed in the Opinion;

    It is on this 29th day of January 2008,

    ORDERED that Plaintiff's complaint is dismissed with prejudice.

                                              **s/William H. Walls**
                                              United States Senior District Judge